| | |
|---|---|
| 1 | Carolyn D. Phillips   #103045 |
| 2 | Attorney at Law |
|   | P. O. Box 5622 |
| 3 | Fresno, California 93755-5622 |
|   | 559/248-9833 |
| 4 | Attorney for defendant Mario Moreno- Zuniga |

**FILED**

APR 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-04-5327 AWI |
|  | ) |  |
|  | ) | STIPULATION AND ORDER TO |
| Plaintiff, | ) | RELEASE COLLATERAL |
|  | ) | SECURING PROPERTY BOND |
| v. | ) |  |
|  | ) |  |
| MARIO MORENO-ZUNIGA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

IT IS HEREBY STIPULATED by and between the parties hereto, defendant, MARIO MORENO-ZUNIGA, by and through his counsel, CAROLYN D. PHILLIPS, and Assistant United States Attorney LAUREL J. MONTOYA, that the property located at 865 La Jolla Way, Merced, California 95348, owned by Felix and Maria Torres, legally described as:

> Lot 29, as shown on that certain Map entitled PARKSIDE HOMES NO. 3, filed in the office of the recorder of the County of Merced, State of California, on June 26, 1974 in Book 22 of Maps at page(s) 2 and 3.
>
> EXCEPTING THEREFROM the property and property rights excepted in deed recorded August 4, 1961 in Volume 1538 of Official Records, page 594 and in deed recorded June 16, 1966 in Volume 1719 of Official Records, page 791, said property and property rights being an

*Stipulation and Order to Release Collateral Securing Property Bond;*
U. S. v. Mario Moreno-Zuniga, *Case No. CR-F-04-5327 AWI*                                                   1

1  undivided 75% of all oil, gas, other hydrocarbons and minerals lying
2  below a depth of 500 feet from the surface of the hereinabove described
   property,

3

4  APN 236-063-014, can be released by the Clerk of the United States District Court

5  for the Eastern District of California as collateral for the property bond release of

   MARIO MORENO-ZUNIGA.

6  The parties acknowledge and agree that this release and reconveyance modifies

7  the existing terms of Mr. Moreno's pre-trial release in that only one property bond

8  remains secured by Mr. Moreno's home in the amount of $77,000. All other terms and

9  conditions of release shall remain in full force and affect.

10

11 Dated:      April 12, 2006

12
                                           /s/ Carolyn D. Phillips
                                           CAROLYN D. PHILLIPS
13                                         Attorney for Mario Moreno-Zuniga

14

15

16
   Dated:      April  12, 2006             McGregor Scott, United States Attorney
17
                                           By:     /s/ Laurel J. Montoya
18                                         LAUREL J. MONTOYA
                                           Assistance U.S. Attorney

19

20

21

22

23
   *Stipulation and Order to Release Collateral Securing Property Bond;*
   *U. S. v. Mario Moreno-Zuniga, Case No. CR-F-04-5327 AWI*                    2

## ORDER

It having been stipulated by the parties hereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the Eastern District of California shall issue a Deed of Reconveyance and thereby release the property located at 865 La Jolla Way, Merced, California, 95348, legally described as:

> Lot 29, as shown on that certain Map entitled PARKSIDE HOMES NO. 3, filed in the office of the recorder of the County of Merced, State of California, on June 26, 1974 in Book 22 of Maps at page(s) 2 and 3.
>
> EXCEPTING THEREFROM the property and property rights excepted in deed recorded August 4, 1961 in Volume 1538 of Official Records, page 594 and in deed recorded June 16, 1966 in Volume 1719 of Official Records, page 791, said property and property rights being an undivided 75% of all oil, gas, other hydrocarbons and minerals lying below a depth of 500 feet from the surface of the hereinabove described property,

APN 236-063-014, to its owners, Felix Torres and Maria Torres. This Deed of Reconveyance shall release the security and collateral established by the Deed of Trust with Assignments of Rents recorded with the Merced County Recorder on December 14, 2004 as Document No. 2004-085323.

Dated: 4·26·06

JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA

*Stipulation and Order to Release Collateral Securing Property Bond;*
U. S. v. Mario Moreno-Zuniga, *Case No. CR-F-04-5327 AWI*                3