Carolyn D. Phillips    #103045

Attorney at Law

P. O. Box 5622

Fresno, California  93755-5622

559/248-9833

Attorney for defendant Mario Moreno- Zuniga

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-F-04-5327 AWI |
|---|---|---|
| | ) | |
| | ) | DEFENDANT MARIO MORENO- |
| Plaintiff, | ) | ZUNIGA'S APPLICATION FOR |
| | ) | EXONERATION OF PROPERTY |
| v. | ) | BOND AND RECONVEYANCE |
| | ) | OF REAL PROPERTY |
| MARIO MORENO-ZUNIGA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

MARIO MORENO-ZUNIGA, by and through his counsel, CAROLYN D. PHILLIPS, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

On February 16, 2005, Honorable Anthony W. Ishii, U.S. District Judge, ordered Mario Moreno-Zuniga released from custody on two property bonds totaling $164,000. Real property owned by Felix and Maria Torres in the amount of $87,000 was posted as collateral for the property bond.  This property by way of stipulation was released as collateral securing property bond on April 12, 2006.  The second property owned by Mario Moreno-Zuniga was also posted on February 16, 2005.  On this date a certified copy of the deed of trust was filed with Merced County and promissory notes in the amount of $77,000 was received by the court.

On June 4, 2007, this court sentenced Mr. Mario Moreno-Zuniga to Count One of the Superseding Information, 21 U.S.C. 856(a)(1), Maintaining a Place for the Purpose of Manufacturing, Distributing or Using a Controlled Substance.  All other relevant counts as to Mr. Moreno-Zuniga were dismissed by the government.

Since Mr. Moreno-Zuniga has been sentenced, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Mario Moreno-Zuniga.

Dated:      July 17, 2007


    /s/ Carolyn D. Phillips

CAROLYN D. PHILLIPS

Attorney for Mario Moreno-Zuniga

## **ORDER**

IT IS SO ORDERED that the property bond in the above-entitled case be exonerated and title to the real property be reconveyed to Mario Moreno-Zuniga.

IT IS SO ORDERED.


**Dated:     July 20, 2007**                               /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE