| | |
|---|---|
| 1<br>2<br>3 | Carolyn D. Phillips   #103045<br>Attorney at Law<br>P. O. Box 5622<br>Fresno, California 93755-5622<br>559/248-9833 |
| 4 | Attorney for defendant Mario Moreno- Zuniga |

**FILED**

JUL 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-04-5327 AWI |
| | ) | |
| Plaintiff, | ) | DEFENDANT MARIO MORENO-ZUNIGA'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |
| v. | ) | |
| MARIO MORENO-ZUNIGA, | ) | |
| Defendant. | ) | |

MARIO MORENO-ZUNIGA, by and through his counsel, CAROLYN D. PHILLIPS, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

On February 16, 2005, Honorable Anthony W. Ishii, U.S. District Judge, ordered Mario Moreno-Zuniga released from custody on two property bonds totaling $164,000. Real property owned by Felix and Maria Torres in the amount of $87,000 was posted as collateral for the property bond. This property by way of stipulation was released as collateral securing property bond on April 12, 2006. The second property owned by Mario Moreno-Zuniga was also posted on February 16, 2005. On this date a certified

*Application for Exoneration of Property Bond and Reconveyance of Real Property;*
U. S. v. Mario Moreno-Zuniga, *Case No. CR-F-04-5327 AWI*                                              1

copy of the deed of trust was filed with Merced County and promissory notes in the amount of $77,000 was received by the court.

On June 4, 2007, this court sentenced Mr. Mario Moreno-Zuniga to Count One of the Superseding Information, 21 U.S.C. 856(a)(1), Maintaining a Place for the Purpose of Manufacturing, Distributing or Using a Controlled Substance. All other relevant counts as to Mr. Moreno-Zuniga were dismissed by the government.

Since Mr. Moreno-Zuniga has been sentenced, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Mario Moreno-Zuniga.

Dated:   July 17, 2007

/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Mario Moreno-Zuniga

## ORDER

IT IS SO ORDERED that the property bond in the above-entitled case be exonerated and title to the real property be reconveyed to Mario Moreno-Zuniga.

Dated: 7-23-07

JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA

*Application for Exoneration of Property Bond and Reconveyance of Real Property;*
*U. S. v. Mario Moreno-Zuniga, Case No. CR-F-04-5327 AWI*

2