```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

```
UNITED STATES OF AMERICA,       )
                                )    1:04-cr-5327 AWI
              Plaintiff,        )
    vs.                         )
                                )    ORDER FOR RETURN OF
MARIO MORENO-ZUNIGA,            )    PASSPORT
                                )
              Defendants.       )
_____)
```

The above-named defendant having served his sentence in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.:   033440

Receipt No.:    101-6385

IT IS SO ORDERED.

Dated:   **January 24, 2008**            /s/ Anthony W. Ishii
                                                                     UNITED STATES DISTRICT JUDGE